# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
William Holmes

**DEFENDANTS**
The Payday Loan Store of Illinois, Inc.

**(b)** County of Residence of First Listed Plaintiff: Kane
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Cook
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Foote, Meyers, Mielke & Flowers LLC
416 South Second St.
Geneva, IL 60134

Attorneys (If Known)

FILED
DEC 0 5 2006  NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)

## IV. NATURE OF SUIT

06CV6715
JUDGE HIBBLER
MAGISTRATE JUDGE BROWN

Civil Rights: [X] 442 Employment

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
Title VII of the Civil Rights Act of 1964 42 U.S.C. Sec. 2000 et seq. and Civil Rights Act of 1866, 42 U.S.C. Section 1981 Race discrimination and Retaliation

## VIII. REQUESTED IN COMPLAINT:
JURY DEMAND: [X] Yes

## IX. This case
[X] is not a refiling of a previously dismissed action.

DATE: 12/5/06
SIGNATURE OF ATTORNEY OF RECORD: [signature]